

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2022

August 2, 2022

<u>Via ECF</u>
The Honorable Analisa Torres
United State Courthouse
500 Pearl Street
New York, NY 10007

       Re: *Huiracocha v. Caffe Isle of Capri, et al.*
       Civil Docket No.: 22-cv-2507

Dear Judge Torres:

  We represent Plaintiff, Nestor Huiracocha, in the above referenced matter. This letter is jointly submitted to respectfully request a Settlement Conference with the Court in order to potentially reach a resolution of the claims between the Parties without further expense, litigation, and risk, and to respectfully request an extension of time for the following: to submit the Case Management Plan, for Defendants to interpose an Answer, and for a motion for substitution under FRCP Rule 25(a)(1) to be submitted based upon the recent passing of Defendant Gloria Schiavetta in this matter.

  The basis for this request is that the Parties have engaged in productive good faith settlement discussions, and it is strongly believed that a resolution of the claims may be reached if a settlement conference is held. Further, as mentioned above, Defendant Gloria Schiavetta unfortunately recently passed away and a motion of substitution will have to be sought to proceed should a resolution of the claims not be reached. Therefore, the Parties respectfully request that a settlement conference be scheduled to avoid further litigation, expense and risk, and that the foregoing extensions be granted during the pendency of the settlement conference.

  We kindly thank Your Honor for your consideration of this request.

GRANTED.  By **September 2, 2022**, the parties shall file their joint
letter and proposed case management plan.  By the same date,
Defendants shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: August 3, 2022
   New York, New York

                 ANALISA TORRES
                United States District Judge