

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/6/2022__

September 2, 2022

*Via ECF*
The Honorable Analisa Torres
United State Courthouse
500 Pearl Street
New York, NY 10007

        Re: *Huiracocha v. Caffe Isle of Capri, et al.*
        Civil Docket No.: 22-cv-2507

Dear Judge Torres:

    Our office represents Plaintiff in the above referenced matter. We write this letter to respectfully request an extension to Tuesday September 6, 2022, to file the proposed case management plan and joint letter. Drafts of the foregoing have been exchanged, are in the process of review and it is anticipated that the same will be filed on or before September 6, 2022.

    We kindly thank Your Honor for your consideration of this request.

        Very truly yours,

        */s/ Matthew Madzelan*
        Matthew Madzelan, Esq.

GRANTED.

SO ORDERED.

Dated: September 6, 2022
      New York, New York

                               ANALISA TORRES
                             United States District Judge