```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESTOR HUIRACOCHA,

                              Plaintiff,                    22-CV-02507 (AT)

       -against-                                       **ORDER**

CAFFE ISLE OF CAPRI et al.,

                              Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Thursday, September 15, 2022 at 3:00p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**SO ORDERED.**

DATED:      September 7, 2022

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge