

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

September 6, 2022

*Via ECF*
The Honorable Analisa Torres
United State Courthouse
500 Pearl Street
New York, NY 10007

                **Re:** *Huiracocha v. Caffe Isle of Capri, et al.*
                **Civil Docket No.: 22-cv-2507**

Dear Judge Torres:

    Our office represents Plaintiff in the above referenced matter. We write this letter to respectfully request an extension to September 8, 2022, to file the proposed case management plan and joint letter. The basis for this request stems from concerns from Defendants as to whether there is a stay of this matter due to the recent passing of Defendant Gloria Schiavetta. The parties are in discussions concerning the same and the undersigned has submitted a new draft of the joint letter to Defense Counsel that is being reviewed. This is the parties' second request for an extension.

    We kindly thank Your Honor for your consideration of this request.

                Very truly yours,

                */s/ Matthew Madzelan*
                Matthew Madzelan, Esq.

GRANTED.

SO ORDERED.

Dated: September 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge