UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

NESTOR HUIRACOCHA,

         Plaintiff,      22-CV-02507 (AT)

   -against-          **ORDER**

CAFFE ISLE OF CAPRI, INC et al.,

         Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  The parties are directed to file a joint letter by no later than **Wednesday, November 30, 2022** updating the Court on the status of settlement discussions.

**SO ORDERED.**

DATED:  New York, New York
      September 15, 2022

                     _____
                     VALERIE FIGUEREDO
                     United States Magistrate Judge