UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NESTOR HUIRACOCHA,

                    Plaintiff,

      -against-

CAFFE ISLE OF CAPRI et al.,

                    Defendants.

------------------------------------------------------------------X

**22-CV-02507 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to provide an update on the status of this case by **Tuesday, October 17, 2023.**

**SO ORDERED.**

DATED:    October 3, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge