

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

October 17, 2023

<u>*Via ECF*</u>
The Honorable Valerie Figueredo
United State Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Huiracocha v. Caffe Isle of Capri, et al.*
**Civil Docket No.: 22-cv-2507**

Dear Judge Figueredo:

        Our office represents Plaintiff in the above referenced matter. Plaintiff respectfully requests an extension from October 17, 2023, to <u>October 19, 2023</u> to submit a joint status letter. The basis for this request is that the Parties have not yet had the opportunity to confer regarding the next steps but anticipate doing so shortly.

        We kindly thank Your Honor for your consideration of this request.

        Very truly yours,

        */s/ Matthew Madzelan*
        Matthew Madzelan, Esq.

Application Granted

Valerie Figueredo, U.S.M.J.
    DATED:  October 18, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 34.

---

5 Penn Plaza, 23rd Floor
New York, NY 10001

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL 33168