

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

October 27, 2023

<u>*Via ECF*</u>
The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re: *Huiracocha v. Caffe Isle of Capri, et al.*
          **Civil Docket No.: 22-cv-2507**

Dear Judge Figueredo:

    Our office represents Plaintiff in the above referenced matter. Plaintiff respectfully requests an extension from October 27, 2023, to <u>November 1, 2023</u>, to file the amended complaint. The basis for this request is that Plaintiff's Counsel is currently in progress on the amended complaint and respectfully requests a short extension for completion of the same. Defendants' Counsel consents to this request.

    We kindly thank Your Honor for your consideration of this request.

    Very truly yours,

    */s/ Matthew Madzelan*
    Matthew Madzelan, Esq.

---

Application Granted

*[signature]*

Valerie Figueredo, U.S.M.J.
DATED: November 1, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 39.

---

5 Penn Plaza, 23rd Floor
New York, NY 10001

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL 33168