

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

November 27, 2023

*Via ECF*
The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:** *Huiracocha v. Caffe Isle of Capri, et al.*
        **Civil Docket No.: 22-cv-2507**

Dear Judge Figueredo:

    Our office represents Plaintiff in the above referenced matter. The Parties are pleased to notify the Court that a settlement has been reached in this matter. As such, it is respectfully requested that the settlement conference scheduled for December 6, 2023, be adjourned and that the Parties be permitted thirty (30) days to December 27, 2023, to submit the Settlement or Offer of Judgment.

    We kindly thank Your Honor for your consideration of this request.

        Very truly yours,

        */s/ Matthew Madzelan*
        Matthew Madzelan, Esq.

---

**Application Granted**

*/s/ Valerie Figueredo*
Valerie Figueredo, U.S.M.J.
DATED: November 28, 2023

The settlement conference scheduled for December 6, 2023, is hereby adjourned. Instead, the parties are directed to file a status update by **December 27, 2023**, if a Settlement or Offer of Judgment is not filed. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44.

---