

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

December 27, 2023

<u>Via ECF</u>
The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re: *Huiracocha v. Caffe Isle of Capri, et al.*
        Civil Docket No.: 22-cv-2507**

Dear Judge Figueredo:

  Our office represents Plaintiff in the above referenced matter. This letter is submitted to respectfully request a twenty-one (21) day extension from December 27, 2023, to <u>January 16, 2024</u>, to submit the Settlement or Offer of Judgment.

  At this time, all settlement documents have been drafted and are in the process of being finalized and executed. As such, it is respectfully requested that the foregoing extension be granted in order for the Parties to finalize, execute and submit the Settlement or Offer of Judgment. Defendants consent to this request and this is the second request for an extension.

  We kindly thank Your Honor for your consideration of this request.

        Very truly yours,

        */s/ Matthew Madzelan*
        Matthew Madzelan, Esq.

---

**Application Granted**

*Valerie Figueredo, U.S.M.J.*
DATED: December 28, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46.

---