

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

January 19, 2024

<u>*Via ECF*</u>
The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: *Huiracocha v. Caffe Isle of Capri, et al.*
        Civil Docket No.: 22-cv-2507

Dear Judge Figueredo:

    Our office represents Plaintiff in the above referenced matter. This letter is respectfully submitted to request an extension to <u>January 26, 2024</u>, to submit the settlement agreement or rule 68 offer of judgment.

    All settlement documents have been prepared and the undersigned has conferred with Defendants' Counsel who has indicated that they are in the process of review of the same. In light of the foregoing, it is respectfully requested that the above extension be granted for the Parties to execute and submit the settlement agreement or rule 68 offer of judgment.

    We kindly thank Your Honor for your consideration of this request.

Very truly yours,

*/s/ Matthew Madzelan*
Matthew Madzelan, Esq.

---

Application Granted

[signature]
Valerie Figueredo, U.S.M.J.
DATED: January 22, 2024

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48.

---

5 Penn Plaza, 23rd Floor
New York, NY  10001

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL  33168