

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

January 26, 2024

*<u>Via ECF</u>*
The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re: *Huiracocha v. Caffe Isle of Capri, et al.*
                    Civil Docket No.: 22-cv-2507

Dear Judge Figueredo:

    Our office represents Defendant Plaintiff in the above-referenced matter. This letter is submitted to respectfully request a short extension to <u>January 31, 2024</u>, for the Parties to submit the settlement agreement or rule 68 offer of judgment.

    The Parties have finalized all documents for resolution and are in the process of execution of the same. In light of the foregoing, it is respectfully requested that this request be granted for the Parties to execute and submit the settlement agreement or rule 68 offer of judgment.

    We kindly thank Your Honor for your consideration of this request.

                          Very truly yours,

                          */s/ Matthew Madzelan*
                          Matthew Madzelan, Esq.

---

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: January 29, 2024

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 50.

---