UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X  Civil Action No. 22-cv-2507
NESTOR HUIRACHOCA,

            Plaintiff,

     -against-   **JUDGMENT**

CAFFE ISLE OF CAPRI, INC., MARIA VELISSARIS,
as Executor of the Estate of JANE D'AGUSTINO,
deceased, and DONNA S. D'AGOSTINO, as
Administrator of the Estate of GLORIA
SCHIAVETTA, deceased,

            Defendants.
-----------------------------------------------------------------X

    A Notice of Acceptance of Offer of Judgment having been signed by Plaintiff on January 31, 2024, accepting Defendants' January 31, 2024 offer to allow entry of judgment against them in the amount of $24,000.00, to be paid in three (3) monthly installments of $8,000.00 each, inclusive of any and all attorneys' fees and costs, and damages, including, without limitation, liquidated damages, to which Plaintiff may be entitled, it is

    **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff NESTOR HUIRACHOCA and against Defendants CAFFE ISLE OF CAPRI, INC., MARIA VELISSARIS, as Executor of the Estate of JANE D'AGUSTINO, deceased, and DONNA S. D'AGOSTINO, as Administrator of the Estate of GLORIA SCHIAVETTA, deceased, in the amount of $24,000.00, inclusive of any and all attorneys' fees and costs, and damages, including, without limitation, liquidated damages, to which Plaintiff may be entitled, and that this case is closed.

Dated: Garden City, New York
        February 8, 2024

                                By:_____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge